No 3242. ROSELLÓ, APPELLANT, v. WORKMEN'S RELIEF COM-

Mission, Appellee.—Damages. Second District Court of San Juan. Decided January 21, 1924.